**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ILUSTRATA SERVICOS DESIGN, LTDA.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,

Defendants.

Case No.: 1:26-cv-11394

Judge Matthew F. Kennelly

Magistrate Judge Beth W. Jantz

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | wuhanshidonghuxinjishukaifaquzheyubaihuoshanghang |
| 2 | saihanquhainabendijuminrichangshenghuofuwugongzuos |
| 3 | junchao |
| 4 | qingwenfuzhuangdian |
| 5 | ruchendianzi |
| 6 | hongliangjin |
| 7 | tenghongbaihuodian |
| 8 | ulyjtfgj |
| 9 | changshushiminghuagangcaimaoyiyouxiangongsi |
| 10 | WSZUZKJH |
| 11 | Zengfeilongart |
| 12 | FrejaSvendsen |
| 13 | FANCY PUMPKIN |
| 14 | Xiolcxdr |
| 15 | xujieamaza |