Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-563**
**Effective Date of Registration:**
October 09, 2023
**Registration Decision Date:**
December 04, 2023

## Title

**Title of Work:** Pizzazilla X-ray

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 06, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Benedito Kuhl, 155 - Vila Claudia, Limeira, Sao Paulo, 13.480-410, Brazil

## Rights and Permissions

**Organization Name:** Ilustrata Servicos Design, Ltda.
**Email:** contato@ilustrata.com.br
**Address:** Rua Benedito Kuhl
155 - Vila Claudia, Limeira
Sao Paulo 13.480-410 Brazil

## Certification

**Name:** David Denholm


おいしい
モンスター
小麦粒子
ピザ
生物学
Ilustrata
FOOD RESEARCH INC.
トマト
腕の骨

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-596**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 08, 2021

## Title

**Title of Work:** The Broccozilla

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 10, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


野菜
ブロッコリー
グリーンモンスター
危険なダイエット
BROCCOZILLA

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-798**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** The Great Ramen Off Kanagawa

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 11, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


ラーメン
醤油 海苔
チャーシュー
おいしい
と 危険
THE
GREAT
RAMEN

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-565**

**Effective Date of Registration:**
October 09, 2023
**Registration Decision Date:**
December 04, 2023

## Title

**Title of Work:** X-ray Great Ramen!

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 22, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Benedito Kuhl, 155 - Vila Claudia, Limeira, Sao Paulo, 13.480-410, Brazil

## Rights and Permissions

**Organization Name:** Ilustrata Servicos Design, Ltda.
**Email:** contato@ilustrata.com.br
**Address:** Rua Benedito Kuhl
155 - Vila Claudia, Limeira
Sao Paulo 13.480-410 Brazil

## Certification

**Name:** David Denholm


ラーメン
ラーメン
ラーメン
麺
静脈
怪獣
ソース
液体
血液
肌
レイヤー
GREAT
RAMEN

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-763**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** Nekomancer

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 19, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


NEKO MANCER
RAISE DEAD CATS BACK TO LIFE!
MILK
DO AWESOME RITUALS!
12¢
666 OCT
APPROVED BY THE COMICS CODE AUTHORITY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-796**

**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** Great Sushi Dragon

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 21, 2018
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


SUSHI
DRAGON
寿司

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-802**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** Takoyaki Attack

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 11, 2018
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


蛸焼
攻撃
TAKOYAKI
ATTACK