AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>26cv11394 | DATE FILED<br>9/17/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Ilustrata Servicos Design, Ltda. | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Hollimon | 9/18/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-563**
**Effective Date of Registration:**
October 09, 2023
**Registration Decision Date:**
December 04, 2023

## Title

**Title of Work:** Pizzazilla X-ray

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 06, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Benedito Kuhl, 155 - Vila Claudia, Limeira, Sao Paulo, 13.480-410, Brazil

## Rights and Permissions

**Organization Name:** Ilustrata Servicos Design, Ltda.
**Email:** contato@ilustrata.com.br
**Address:** Rua Benedito Kuhl
155 - Vila Claudia, Limeira
Sao Paulo 13.480-410 Brazil

## Certification

**Name:** David Denholm


怪獣ピ
おいしい
モンスター
小麦粒子
ピザ
生物学
Ilustrata
FOOD RESEARCH INC.
トマト
腕の骨

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-596**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 08, 2021

## Title

**Title of Work:** The Broccozilla

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 10, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


ブロッコリー
野菜
グリーンモンスター
危険なダイエット
BRO
CCO
ZI
LLA

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-798**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** The Great Ramen Off Kanagawa

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 11, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


ラーメン
醤油 海苔
チャーシュー
おいしい
と 危険
THE
GREAT
RAMEN

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-373-565**

**Effective Date of Registration:**
October 09, 2023

**Registration Decision Date:**
December 04, 2023

## Title

**Title of Work:** X-ray Great Ramen!

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 22, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Benedito Kuhl, 155 - Vila Claudia, Limeira, Sao Paulo, 13.480-410, Brazil

## Rights and Permissions

**Organization Name:** Ilustrata Servicos Design, Ltda.
**Email:** contato@ilustrata.com.br
**Address:** Rua Benedito Kuhl
155 - Vila Claudia, Limeira
Sao Paulo 13.480-410 Brazil

## Certification

**Name:** David Denholm


ラーメン
ラーメン
ラーメン
麺
静脈
怪獣
ソース
液体
血液
肌
レイヤー
GREAT
RAMEN

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-763**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** Nekomancer

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 19, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


NEKO MANCER
RAISE DEAD CATS BACK TO LIFE!
DO AWESOME RITUALS!
MILK
12¢
666
OCT
APPROVED BY THE COMICS CODE AUTHORITY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-796**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** Great Sushi Dragon

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 21, 2018
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


寿司
SUSHI
DRAGON

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-802**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 12, 2021

## Title

**Title of Work:** Takoyaki Attack

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 11, 2018
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


蛸焼
攻撃
TAKOYAKI
ATTACK