**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ILUSTRATA SERVICOS DESIGN, LTDA.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11394

Judge Matthew F. Kennelly

Magistrate Judge Beth W. Jantz

**PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This First Motion to Extend the Temporary Restraining Order ("TRO") is brought by Plaintiff, ILUSTRATA SERVICOS DESIGN, LTDA. ("Ilustrata" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 65. This Court's Temporary Restraining Order was issued on September 22, 2026 (ECF No. 20, SEALED Order). Plaintiff subpoenaed the information regarding Defendants' identities from Defendants' service providers. Plaintiff respectfully asks this Court to extend the TRO for an additional fourteen days.

Plaintiff requests the extension of the TRO for the same reasons Plaintiff sought the TRO, specifically to ensure that Defendants do not modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including service provider accounts, to offshore accounts.

For all the foregoing reasons, Plaintiff requests that the Court extend the Temporary Restraining Order through and until October 20, 2026.

DATED: September 28, 2026

Respectfully submitted,

/s/ *Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt