**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ilustrata Servicos Design, Ltda.

Plaintiff,

v.

Case No.: 1:26−cv−11394
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to extend the temporary restraining order [22] is granted; the ex parte TRO entered by the Court on 9/22/2026 is extended through 10/02/2026. The telephonic preliminary injunction hearing set for 10/6/2026 is vacated and reset to 10/20/2026 at 8:50 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Motion for preliminary injunction is to be filed by 10/16/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.